NOTICE OF OBJECTION TO CONFIRMATION

HOME POINT FINANCIAL has filed papers with the Court to object to the Confirmation of the Chapter 13 Modified Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Modified Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

1. File with the Court an answer, explaining your position at:

**Clerk
U.S. Bankruptcy Court
401 Market Street, 2nd Floor
Camden, NJ 08101**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054 | Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Cen, 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 |

2. Attend the hearing scheduled to be held on 01/02/2019 in the CAMDEN Bankruptcy Court, at the following address:

**U.S. Bankruptcy Court
401 Market Street, 2nd Floor
Camden, NJ 08101**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: December 17, 2018

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 44521
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

**File No. 813882**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
HOME POINT FINANCIAL

| In Re: | UNITED STATES BANKRUPTCY COURT |
|---|---|
| DANIEL C. ARMSTRONG A/K/A DANIEL ARMSTRONG TANESHA D. ARMSTRONG | FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE |
| | Chapter 13 |
| | Case No. 18-26799 - JNP |
| Debtors | Hearing Date: 01/02/2019 |

    The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, HOME POINT FINANCIAL, the holder of a Mortgage on debtors' residence located at 11 FOX CHASE DRIVE, BLACKWOOD, NJ 08012 hereby objects to the Confirmation of the debtors' proposed Chapter 13 Modified Plan on the following grounds:

1. Movant is HOME POINT FINANCIAL.
2. Debtors, TANESHA D. ARMSTRONG, DANIEL ARMSTRONG are the owners of the property located at 11 FOX CHASE DRIVE, BLACKWOOD, NJ 08012.
3. On September 19, 2018, Movant filed Proof of Claim listing pre-petition arrears in the amount of $38,999.54.
4. Debtors' Modified Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).
5. Debtors' Modified Plan provides for the Debtors' pursuit of a loan modification. Debtors' Modified Plan is speculative in nature in that the Modified Plan contemplates curing the arrears through a loan modification that has neither been offered nor approved.

6. Movant objects to Debtors' Modified Plan as the Plan needs to fund the arrears owed to Movant during the term of the Plan rather than rely on speculation that is based on the possibility of a loan modification that has neither been offered nor approved. Further, Debtors' Modified Plan needs to provide for on-going, post-petition regular monthly mortgage payments to Movant. Confirmation of the Debtors' proposed Modified Plan should be denied.

WHEREFORE, HOME POINT FINANCIAL respectfully requests that the Confirmation of Debtors Modified Plan be denied.

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 44521
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

Dated: December 17, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

813882
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for HOME POINT FINANCIAL

In Re:

Daniel C. Armstrong A/k/a Daniel Armstrong
Tanesha D. Armstrong

Case No: 18-26799 - JNP

Hearing Date: 01/02/2019

Judge: JERROLD N. POSLUSNY JR.

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Jason Seidman:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents HOME POINT FINANCIAL in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On December 17, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  December 17, 2018           /s/ *Jason Seidman*
                                        Jason Seidman

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Tanesha D. Armstrong<br>11 Fox Chase Drive<br>Blackwood, NJ 08012 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Daniel C. Armstrong<br>11 Fox Chase Drive<br>Blackwood, NJ 08012 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Thomas G. Egner, Esquire<br>46 West Main Street<br>Maple Shade, NJ 08052 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Cen<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail |

3

|  |  | ☐ Certified mail/RR |
|--|--|--|
|  |  | ☐ E-mail |
|  |  | ☒ Notice of Electronic Filing (NEF) |
|  |  | ☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.