UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:

Daniel Armstrong & Tanesha Armstrong,

Debtor.

Case No.: 18-26799-JNP

Chapter: 13

Hearing Date: 1/15/2019

Judge: Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief from Stay re: 2018 Toyota Camry (Docket # 40)

_____

Date: 1/14/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*