Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–26799–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel C. Armstrong
aka Daniel Armstrong
11 Fox Chase Dr.
Blackwood, NJ 08012

Tanesha D. Armstrong
11 Fox Chase Dr.
Blackwood, NJ 08012

Social Security No.:
  xxx–xx–7758                                 xxx–xx–4491

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on February 8, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 48 – 32
Order Approving Interim Confirmation Order (related document:32 Modification of Chapter 13 Plan and Motions – Before Confirmation filed by Debtor Daniel C. Armstrong, Joint Debtor Tanesha D. Armstrong). Payments in the amount of $ $219.00 per month per month, beginning 2/1/2019. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/8/2019. Confirmation hearing to be held on 4/3/2019 at 10:00 AM at JNP − Courtroom 4C, Camden. (kvr)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 8, 2019
JAN: kvr

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 18-26799-JNP
Daniel C. Armstrong                                                 Chapter 13
Tanesha D. Armstrong
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Feb 08, 2019
                               Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2019.
db/jdb         +Daniel C. Armstrong,    Tanesha D. Armstrong,    11 Fox Chase Dr.,    Blackwood, NJ 08012-4415
lm             +Homepoint Financial c/o Cenlar,    425 Phillips Blvd,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Loss Mitigation    Homepoint Financial c/o Cenlar
               NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Craig Scott Keiser    on behalf of Creditor    HOME POINT FINANCIAL craig.keiser@phelanhallinan.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    HOME POINT FINANCIAL nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Thomas G. Egner    on behalf of Joint Debtor Tanesha D. Armstrong tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              Thomas G. Egner    on behalf of Debtor Daniel C. Armstrong tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9