| | |
|---|---|
| Printed on: 02/12/2019 | Page 1 of 2 |
| ISABEL C. BALBOA [*ICB-99001-00*] | |

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018
**Case Number: 18-26799 (JNP)**

Daniel C. Armstrong and Tanesha D. Armstrong
11 Fox Chase Drive
Blackwood, NJ  08012

Monthly Payment: $219.00
Payments / Month: 1
Current Trustee Comp.: 8.20%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/04/2018 | $200.00 | 10/09/2018 | $200.00 | 11/13/2018 | $200.00 | 12/26/2018 | $200.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DANIEL C. ARMSTRONG | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $3,837.00 | $0.00 | $3,837.00 | $0.00 |
| 1 | AES/PHEAAFRN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALLIANCE ONE RECEIVABLE MANAGEMENT INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ASHLEY FUNDING SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BUCKS COUNTY ADULT PROBATION DEPARTMENT | 28 | $3,716.04 | $0.00 | $3,716.04 | $0.00 |
| 5 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $3,573.51 | $0.00 | $0.00 | $0.00 |
| 7 | CHERYL SHARP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CONVERGENT OUTSOURCING, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CREDIT COLLECTIONS SVC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CREDIT MANAGEMENT COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | HILLCREST DAVIDSON & ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | HOME POINT FINANCIAL | 24 | $38,999.54 | $0.00 | $38,999.54 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $1,370.00 | $0.00 | $1,370.00 | $0.00 |
| 17 | JUDITH FRAZIER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MCCABE, WEISBERG & CONWAY, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MOUND SOLAR VII, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | NAVY FEDERAL CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | NAVY FEDERAL CREDIT UNION | 33 | $1,208.55 | $0.00 | $0.00 | $0.00 |
| 23 | ONEMAIN FINANCIAL GROUP, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PHEAA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | PENN MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | PHILADELPHIA CO DRS | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | RELIABLE FINANCE COMPANY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SOUTHWEST CREDIT SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 29 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SYNCHRONY BANK/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SYNCHRONY BANK/WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | THE CHILDREN'S HOSPITAL OF PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | TNB-VISA (TV) / TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $2,623.00 | $0.00 | $2,623.00 | $0.00 |
| 35 | TRANSUNION, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | TRANSWORLD SYSTEM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | TRANSWORLD SYSTEM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | AMERICAN INFOSOURCE, LP | 33 | $293.52 | $0.00 | $0.00 | $0.00 |
| 40 | WHOLESALE TRUCK AND FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | TANESHA D. ARMSTRONG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | PHILADELPHIA CO DRS | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | AES/PHEAAFRN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | AMERICAN INFOSOURCE, LP | 33 | $5,134.77 | $0.00 | $0.00 | $0.00 |
| 47 | AES/PHEAAFRN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | NAVY FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | NAVY FEDERAL CREDIT UNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | PHELAN, HALLINAN, DIAMOND & JONES, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | HOMEPOINT FINANCIAL C/O CENLAR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | CAPITAL ONE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | CAPITAL ONE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | CAPITAL ONE BANK USA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | HOME POINT FINANCIAL CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | HOME POINT FINANCIAL CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | MOUND SOLAR MASTER TENANT VII, LLC | 33 | $6,334.10 | $0.00 | $0.00 | $0.00 |
| 58 | T MOBILE/T-MOBILE USA INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | TOYOTA MOTOR CREDIT CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | VERIZON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | TOYOTA MOTOR CREDIT CORPORATION | 13 | $531.00 | $0.00 | $531.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2018 | 4.00 | $0.00 |
| 01/01/2019 | Paid to Date | $800.00 |
| 02/01/2019 | 55.00 | $219.00 |
| 09/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $800.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $918.80 |
| Arrearages: | $19.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**