Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–26799–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Daniel C. Armstrong                                    Tanesha D. Armstrong
   aka Daniel Armstrong                           11 Fox Chase Dr.
   11 Fox Chase Dr.                                  Blackwood, NJ 08012
   Blackwood, NJ 08012

Social Security No.:
   xxx–xx–7758                                          xxx–xx–4491

Employer's Tax I.D. No.:

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           April 16, 2019
Time:          10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*57* – Objection to (related document:56 Application for Extension of Loss Mitigation Period. Filed by Thomas G. Egner on behalf of Daniel C. Armstrong, Tanesha D. Armstrong. Objection deadline is 4/1/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Daniel C. Armstrong, Joint Debtor Tanesha D. Armstrong) filed by Alexandra T. Garcia on behalf of Home Point Financial Corporation. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Garcia, Alexandra)

and transact such other business as may properly come before the meeting.

Dated: April 2, 2019
JAN: bed

                                                                            Jeanne Naughton
                                                                            Clerk