# UNITES STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

Thomas G. Egner, Esq.
**McDowell Law, PC.**
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
Email: tegner@mcdowelllegal.com
*Attorney for Debtors*

| | |
|---|---|
| In re: | Chapter 13 |
| Daniel C. Armstrong<br>Tanisha D. Armstrong | Case No. 18-26799-JNP |
| Debtors. | Judge: Poslusny |

## WITHDRAWAL OF DOCUMENT NO. 56
## APPLICATION FOR EXTENSION OF LOSS MITIGATION PERIOD
## FILED ON MARCH 27, 2019

I, Thomas G. Egner, Esq., counsel to Debtors Daniel C. Armstrong and Tanisha D. Armstrong, hereby withdraw document No. 56, Application for Extension of Loss Mitigation Period, filed March 27, 2019 in the above referenced matter.

Dated: April 11, 2019            By: /s/ *Thomas G. Egner*
                                         Thomas G. Egner, Esq.
                                         McDowell Law, PC
                                         46 West Main Street
                                         Maple Shade, NJ 08052
                                         856-482-5544