## United States Bankruptcy Court
**District of New Jersey**

In re: **Daniel C. Armstrong, Tanesha D. Armstrong**, Debtor(s)

Case No. **18-26799**
Chapter **13**

# NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on ___, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date **May 13, 2019**　　Signature **/s/ Daniel C. Armstrong**
**Daniel C. Armstrong**
Debtor

Date **May 13, 2019**　　Signature **/s/ Tanesha D. Armstrong**
**Tanesha D. Armstrong**
Joint Debtor

Attorney **/s/ Thomas G. Egner, Esq.**
**Thomas G. Egner, Esq.**

McDowell Law, PC
46 West Main St.
Maple Shade, NJ 08052
856-482-5544
Fax: 856-482-5511