Certificate Number: 15111-NJ-DE-032860266

Bankruptcy Case Number: 18-26799



15111-NJ-DE-032860266

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 22, 2019, at 5:42 o'clock PM EDT, Tanesha Denise Armstrong completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  May 22, 2019

By:  /s/Maan Arriane Vendiola for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education