| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**MATTLEMAN, WEINROTH & MILLER, P.C.**<br>**BY: Christina J. Pross, Esquire**<br>**Attorney I.D. No.: CP0245**<br>**401 Route 70 East, Suite 100**<br>**Cherry Hill, New Jersey 08034**<br>**(856) 429-5507** | **Order Filed on June 4, 2019 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| **In Re:**<br><br>  DANIEL C. ARMSTRONG and<br>  TANESHA AMRSTRONG<br><br>                          **Debtors.** | Case No.: 118-26799 JNO<br><br>CHAPTER 7<br><br>**Hearing Date: June 4, 2019 at 10:00am**<br>**Judge: Hon. Jerrold N. Poslusny, Jr.** |

**ORDER VACATING AUTOMATIC**
**STAY AS TO VECHILE/LEASE**

   The relief set forth on the following page is hereby ordered ORDERED:

**DATED: June 4, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of <u>Navy Federal Credit Union</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal Property More Fully Describes as: **2013 Nissan Pathfinder, VIN: 5N1AR2MMDC661535**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.