**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**MATTLEMAN, WEINROTH & MILLER, P.C.**
**BY: Christina J. Pross, Esquire**
**Attorney I.D. No.: CP0245**
**401 Route 70 East, Suite 100**
**Cherry Hill, New Jersey 08034**
**(856) 429-5507**

Order Filed on June 4, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**In Re:**

**DANIEL C. ARMSTRONG and**
**TANESHA AMRSTRONG**

**Debtors.**

Case No.: 118-26799 JNO

CHAPTER 7

Hearing Date: June 4, 2019 at 10:00am
Judge: Hon. Jerrold N. Poslusny, Jr.

**ORDER VACATING AUTOMATIC**
**STAY AS TO VECHILE/LEASE**

The relief set forth on the following page is hereby ordered ORDERED:

**DATED: June 4, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of <u>Navy Federal Credit Union</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal Property More Fully Describes as: **2013 Nissan Pathfinder, VIN: 5N1AR2MMDC661535**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Daniel C. Armstrong
Tanesha D. Armstrong
    Debtors

Case No. 18-26799-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 04, 2019
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.
db/jdb       +Daniel C. Armstrong,    Tanesha D. Armstrong,    11 Fox Chase Dr.,    Blackwood, NJ 08012-4415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Loss Mitigation    Homepoint Financial c/o Cenlar
           NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    Home Point Financial Corporation
           NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
          Craig Scott Keiser    on behalf of Creditor    HOME POINT FINANCIAL craig.keiser@phelanhallinan.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
          Nicholas V. Rogers    on behalf of Creditor    HOME POINT FINANCIAL nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Thomas G. Egner    on behalf of Joint Debtor Tanesha D. Armstrong tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          Thomas G. Egner    on behalf of Debtor Daniel C. Armstrong tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                    TOTAL: 11