UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Daniel & Tanesha Armstrong

Case No.: 18-26799/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __August 6, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
11 Fox Chase Drive
Blackwood, NJ
FMV - $215,833.00

Liens on property:
Home Point - $253,783.24

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-26799-JNP
Daniel C. Armstrong                                             Chapter 7
Tanesha D. Armstrong
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3            Date Rcvd: Jul 08, 2019
                              Form ID: pdf905          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
```
db/jdb         +Daniel C. Armstrong,    Tanesha D. Armstrong,    11 Fox Chase Dr.,    Blackwood, NJ 08012-4415
aty            +Christina J. Pross,    Mattleman Weinroth & Miller,    200 Continental Drive,    Ste 215,
                 Newark, DE 19713-4335
cr             +HOME POINT FINANCIAL,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Homepoint Financial c/o Cenlar,    425 Phillips Blvd,   Ewing, NJ 08618-1430
517714952      +Aes/pheaafrn,    Attn: Bankrupcy,    Po Box 2461,   Harrisburg, PA 17105-2461
517714955      +Bucks County Adult Probation Department,    55 East Court Street,    Doylestown, PA 18901-4318
517714958      +Cheryl Sharp,    1003 Pine St,    Darby, PA 19023-2024
517714959      +Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
517714963      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517714964      +Experian,    PO Box 4500,   Allen, TX 75013-1311
517714965      +Hillcrest Davidson & Associates,    715 N Glenville Dr Ste 4,    Richardson, TX 75081-2879
517721247      +Home Point Financial Corporation,    c/o D. Anthony Sottile, Authorized Agent,
                 394 Wards Corner Road, Suite 180,    Loveland, OH 45140-8362
517765184      +Home Point Financial Corporation,    11540 Luna Road, Suite 300,    Farmers Branch, TX 75234-6451
517714966      +Home Point Financial Corporation,    Nmls#7706 9 Entin Rd St,    Parsippany, NJ 07054-5000
517714968     #+Judith Frazier,    311 East Prince St,    Philadelphia, PA 19144-5755
517714969      +McCabe, Weisberg & Conway, P.C.,    Attn: Alexandra T. Garcia, Esq.,    216 Haddon Ave,
                 Suite 303,   Collingswood, NJ 08108-2811
517833828      +Mound Solar Master Tenant VII, LLC,    Attn Jacqueline Lainez,    6900 Dumbarton Circle,
                 Fremont, CA 94555-3651
517714971       Mound Solar VII, LLC,    SolarCity/Tesla,    Attn: Jacqueline Lainez,    2055 Clearview Way,
                 San Mateo, CA 94402
517714976      +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
517714975      +Penn Medicine,    PO Box 824406,   Philadelphia, PA 19182-4406
517714977      +Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-3623
517714978      +Reliable Finance Company, LLC,    PO Box 32,   Scotland, PA 17254-0032
517714980      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
517714985     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
517714983      +The  Children's Hospital of PA,    3401 Civic Center Blvd.,    Philadelphia, PA 19104-4319
517714984      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
517818434       Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517714986      +TransUnion,    PO Box 2000,   Chester, PA 19016-2000
517714990      +Wholesale Truck and Finance,    23970 Highway 59 N.,    Kingwood, TX 77339-1535
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 00:52:35     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 00:52:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517714953       E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 09 2019 00:51:44
                 Alliance One Receivable Management Inc,    4850 Street Road,    Suite 300,
                 Feasterville Trevose, PA 19053-6643
517714954       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 00:56:45
                 Ashley Funding Services,    PO Box 10587,   Greenville, SC 29603-0587
517714956      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 09 2019 00:56:44
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517736460      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 09 2019 00:57:18
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517725395      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 09 2019 00:57:18
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517773327       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 00:56:58
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517714957      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 00:56:58
                 Capital One Bank, N.A.,    Attn: Bankruptcy,    Po Box 71083,    Charlotte, NC 28272-1083
517714960      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 09 2019 00:53:16
                 Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
517714961      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 09 2019 00:53:16
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
517714962      +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 09 2019 00:52:58
                 Credit Management Company,    Po Box 16346,    Pittsburgh, PA 15242-0346
517714967      +E-mail/Text: cio.bncmail@irs.gov Jul 09 2019 00:52:07     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517714970      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2019 00:52:32     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
```

```
District/off: 0312-1            User: admin                Page 2 of 3                  Date Rcvd: Jul 08, 2019
                                Form ID: pdf905            Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517714972      +E-mail/Text: ext_ebn_inbox@navyfederal.org Jul 09 2019 00:53:26      Navy FCU,
                 Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
517714973      +E-mail/Text: ext_ebn_inbox@navyfederal.org Jul 09 2019 00:53:26      Navy Federal Credit Union,
                 PO Box 3000,    Merrifield, VA 22119-3000
517714974       E-mail/PDF: cbp@onemainfinancial.com Jul 09 2019 00:57:11       OneMain Financial,
                 Bankruptcy Dept.,    PO Box 3251,    Evansville, IN 47731-3251
517714979      +E-mail/Text: bankruptcy@sw-credit.com Jul 09 2019 00:52:36       Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
517714981      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 00:56:36       Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517714982      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 00:57:11       Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517743843      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2019 00:56:45       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517714988      +E-mail/Text: bankruptcydepartment@tsico.com Jul 09 2019 00:53:10       Transworld System Inc,
                 Attn: Bankruptcy,    Po Box 15618,    Wilmington, DE 19850-5618
517714989      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2019 00:57:03       Verizon,
                 by American InfoSource LP as agent,    4515 N. Santa Fe Ave,    Oklahoma City, OK 73118-7901
517823775      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2019 00:56:45       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 24

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
intp            Isabel Balboa
517714987      ##+Transworld System Inc,    2235 Mercury Way,    Ste 275,    Santa Rose, CA 95407-5463
                                                                                                TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2019 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Loss Mitigation    Homepoint Financial c/o Cenlar
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Home Point Financial Corporation
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Craig Scott Keiser    on behalf of Creditor    HOME POINT FINANCIAL craig.keiser@phelanhallinan.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Nicholas V. Rogers    on behalf of Creditor    HOME POINT FINANCIAL nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Thomas G. Egner    on behalf of Joint Debtor Tanesha D. Armstrong tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jul 08, 2019
                              Form ID: pdf905          Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas G. Egner    on behalf of Debtor Daniel C. Armstrong tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                          TOTAL: 11