**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel C. Armstrong | Social Security number or ITIN   xxx–xx–7758 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Tanesha D. Armstrong | Social Security number or ITIN   xxx–xx–4491 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–26799–JNP | |

## Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel C. Armstrong               Tanesha D. Armstrong
aka Daniel Armstrong


9/6/19                                **By the court:**   Jerrold N. Poslusny Jr.
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                          **Order of Discharge**                                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                        Case No. 18-26799-JNP
Daniel C. Armstrong                                           Chapter 7
Tanesha D. Armstrong
     Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 3         Date Rcvd: Sep 06, 2019
                              Form ID: 318              Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db/jdb         +Daniel C. Armstrong,    Tanesha D. Armstrong,    11 Fox Chase Dr.,    Blackwood, NJ 08012-4415
aty            +Christina J. Pross,    Mattleman Weinroth & Miller,    200 Continental Drive,    Ste 215,
                 Newark, DE 19713-4335
cr             +HOME POINT FINANCIAL,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Homepoint Financial c/o Cenlar,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517714952      +Aes/pheaafrn,   Attn: Bankrupcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517714955      +Bucks County Adult Probation Department,    55 East Court Street,    Doylestown, PA 18901-4318
517714958      +Cheryl Sharp,    1003 Pine St,    Darby, PA 19023-2024
517714963      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517714964      +Experian,   PO Box 4500,    Allen, TX 75013-1311
517714965      +Hillcrest Davidson & Associates,    715 N Glenville Dr Ste 4,    Richardson, TX 75081-2879
517721247      +Home Point Financial Corporation,    c/o D. Anthony Sottile, Authorized Agent,
                 394 Wards Corner Road, Suite 180,    Loveland, OH 45140-8362
517765184      +Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234-6451
517714966      +Home Point Financial Corporation,    Nmls#7706 9 Entin Rd St,    Parsippany, NJ 07054-5000
517714968     #+Judith Frazier,    311 East Prince St,    Philadelphia, PA 19144-5755
517714969      +McCabe, Weisberg & Conway, P.C.,    Attn: Alexandra T. Garcia, Esq.,    216 Haddon Ave,
                 Suite 303,    Collingswood, NJ 08108-2811
517833828      +Mound Solar Master Tenant VII, LLC,    Attn Jacqueline Lainez,    6900 Dumbarton Circle,
                 Fremont, CA 94555-3651
517714971      Mound Solar VII, LLC,    SolarCity/Tesla,    Attn: Jacqueline Lainez,    2055 Clearview Way,
                 San Mateo, CA 94402
517714976      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
517714975      +Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
517714977      +Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-3623
517714978      +Reliable Finance Company, LLC,    PO Box 32,    Scotland, PA 17254-0032
517714980      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
517714983      +The Children's Hospital of PA,    3401 Civic Center Blvd.,    Philadelphia, PA 19104-4319
517818434      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517714986      +TransUnion,   PO Box 2000,    Chester, PA 19016-2000
517714990      +Wholesale Truck and Finance,    23970 Highway 59 N.,    Kingwood, TX 77339-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Sep 07 2019 03:33:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2019 00:15:16      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2019 00:15:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517714953       E-mail/Text: kristin.villneauve@allianceoneinc.com Sep 07 2019 00:13:57
                 Alliance One Receivable Management Inc,    4850 Street Road,    Suite 300,
                 Feasterville Trevose, PA 19053-6643
517714954       EDI: RESURGENT.COM Sep 07 2019 03:33:00      Ashley Funding Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517714956      +EDI: CAPONEAUTO.COM Sep 07 2019 03:33:00      Capital One Auto Finance,    Attn: Bankruptcy,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
517736460      +EDI: AISACG.COM Sep 07 2019 03:33:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
517725395      +EDI: AISACG.COM Sep 07 2019 03:33:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517773327       EDI: CAPITALONE.COM Sep 07 2019 03:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517714957      +EDI: CAPITALONE.COM Sep 07 2019 03:33:00      Capital One Bank, N.A.,    Attn: Bankruptcy,
                 Po Box 71083,    Charlotte, NC 28272-1083
517714959      +EDI: CONVERGENT.COM Sep 07 2019 03:33:00      Convergent Outsourcing, Inc.,    Attn: Bankruptcy,
                 Po Box 9004,    Renton, WA 98057-9004
517714960      +EDI: CCS.COM Sep 07 2019 03:33:00      Credit Collection Services,    Attn: Bankruptcy,
                 725 Canton St,   Norwood, MA 02062-2679
517714961      +EDI: CCS.COM Sep 07 2019 03:33:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
517714962      +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 07 2019 00:15:43
                 Credit Management Company,    Po Box 16346,    Pittsburgh, PA 15242-0346
517714967      +EDI: IRS.COM Sep 07 2019 03:33:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517714970      +EDI: MID8.COM Sep 07 2019 03:33:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
517714972      +EDI: NFCU.COM Sep 07 2019 03:33:00      Navy FCU,    Attn: Bankruptcy,    Po Box 3000,
                 Merrifield, VA 22119-3000
517714973      +EDI: NFCU.COM Sep 07 2019 03:33:00      Navy Federal Credit Union,    PO Box 3000,
                 Merrifield, VA 22119-3000
```

```
District/off: 0312-1           User: admin              Page 2 of 3              Date Rcvd: Sep 06, 2019
                               Form ID: 318             Total Noticed: 54


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517714974       EDI: AGFINANCE.COM Sep 07 2019 03:33:00      OneMain Financial,    Bankruptcy Dept.,
                 PO Box 3251,    Evansville, IN 47731-3251
517714979      +EDI: SWCR.COM Sep 07 2019 03:33:00      Southwest Credit Systems,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
517714981      +EDI: RMSC.COM Sep 07 2019 03:33:00      Synchrony Bank/Lowes,    Attn:  Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517714982      +EDI: RMSC.COM Sep 07 2019 03:33:00      Synchrony Bank/Walmart,    Attn:  Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517743843      +EDI: AIS.COM Sep 07 2019 03:33:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517714985       EDI: TFSR.COM Sep 07 2019 03:33:00      Toyota Financial Services,    Attn: Bankruptcy,
                 Po Box 8026,    Cedar Rapids, IA 52409
517714984      +EDI: WTRRNBANK.COM Sep 07 2019 03:33:00      Tnb-Visa  (TV) / Target,
                 C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,    Minneapolis, MN 55440-9475
517714988      +E-mail/Text: bankruptcydepartment@tsico.com Sep 07 2019 00:15:59      Transworld System Inc,
                 Attn: Bankruptcy,    Po Box 15618,    Wilmington, DE 19850-5618
517714989      +EDI: AIS.COM Sep 07 2019 03:33:00      Verizon,    by American InfoSource LP as agent,
                 4515 N. Santa Fe Ave,    Oklahoma City, OK 73118-7901
517823775      +EDI: AIS.COM Sep 07 2019 03:33:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Isabel Balboa
517714987      ##+Transworld System Inc,    2235 Mercury Way,    Ste 275,    Santa Rose, CA 95407-5463
                                                                                        TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Loss Mitigation    Homepoint Financial c/o Cenlar
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Home Point Financial Corporation
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Craig Scott Keiser    on behalf of Creditor    HOME POINT FINANCIAL craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Nicholas V. Rogers    on behalf of Creditor    HOME POINT FINANCIAL nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Thomas G. Egner    on behalf of Joint Debtor Tanesha D. Armstrong tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              Thomas G. Egner    on behalf of Debtor Daniel C. Armstrong tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
```

```
District/off: 0312-1           User: admin              Page 3 of 3              Date Rcvd: Sep 06, 2019
                               Form ID: 318             Total Noticed: 54


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 11
```